```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15546
   TERRENCE JOHANNES
   ELANA JOHANNES                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-5674     SSN XXX-XX-1613

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 06/17/2008 and was not confirmed.

      The case was dismissed without confirmation 12/03/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------------
AFNI                       UNSEC W/INTER  NOT FILED           .00          .00
FIA CARD SERVICES          UNSEC W/INTER   18106.76           .00          .00
PORTFOLIO RECOVERY         UNSEC W/INTER   21616.22           .00          .00
PORTFOLIO RECOVERY         UNSEC W/INTER   12009.59           .00          .00
CBCS                       UNSEC W/INTER  NOT FILED           .00          .00
DISCOVER FINANCIAL SERVI   UNSEC W/INTER   13162.62           .00          .00
HARVARD COLLECTION SERVI   UNSEC W/INTER  NOT FILED           .00          .00
LOYOLA UNIVERSITY FOUNDA   UNSEC W/INTER  NOT FILED           .00          .00
NCO FINANCIAL GROUP        UNSEC W/INTER  NOT FILED           .00          .00
UNVL CITI                  UNSEC W/INTER  NOT FILED           .00          .00
FIA CARD SERVICES          UNSEC W/INTER    6793.89           .00          .00
LVNV FUNDING               UNSEC W/INTER     560.14           .00          .00
FIRST MIDWEST BANK         MORTGAGE NOTI  NOT FILED           .00          .00
SPRINT NEXTEL              UNSEC W/INTER    1141.84           .00          .00
FIRST MIDWEST BANK         SECURED          3088.44           .00      3088.44
INTERNAL REVENUE SERVICE   SECURED         46500.00           .00      1207.96
ILLINOIS DEPT OF REVENUE   PRIORITY            .00            .00          .00
INTERNAL REVENUE SERVICE   PRIORITY        96801.73           .00          .00
JOHN C PELINO              NOTICE ONLY    NOT FILED           .00          .00
JOHN C PELINO              NOTICE ONLY    NOT FILED           .00          .00
AMERICAN EXPRESS           UNSEC W/INTER  NOT FILED           .00          .00
BEST BET AUTOMOTIVE        UNSEC W/INTER  NOT FILED           .00          .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER     500.00           .00          .00
CAPITAL ONE                UNSEC W/INTER   33740.55           .00          .00
EDMUND G URBAN III         DEBTOR ATTY       750.00                        .00
TOM VAUGHN                 TRUSTEE                                      373.60
DEBTOR REFUND              REFUND                                          .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  4,670.00

PRIORITY                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 15546 TERRENCE JOHANNES & ELANA JOHANNES
```

```
SECURED                                                            4,296.40
UNSECURED                                                               .00
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                 373.60
DEBTOR REFUND                                                           .00
                                        ----------------    ----------------
TOTALS                                          4,670.00            4,670.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```